# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

| | |
|---|---|
| **TO:** | Daniel Prieve |
| **cc:** | Jennifer B. Dickey |
| | Steven Engel |
| | Derick Fong |
| | Brett Douglas Kelley |
| | Douglas Arthur Kelley |
| | Brian Andrew Kulp |
| | Michael H. McGinley |
| | Kristin Mary McManus |
| | Kevin R. Palmer |
| | Perry Frank Sekus |
| | Garrett S. Stadler |
| | Steven E. Wolter |
| | Ilan Wurman |
| **FROM:** | Clifford R. Jackson |
| **DATE:** | July 21, 2025 |
| **RE:** | 25-1079  Claudia Russ Anderson v. OCC |

In reviewing the electronic version of the addendum submitted with your brief, we noted the defect shown below. The court has instructed the clerk's office to carefully review the addendum to make sure that all orders appealed from are present. Please review the provisions of 8th Cir. R. 28A(g) and provide a complete electronic version of the addendum within five days of the date of this notice. If you fail to do so, an order will be entered directing you to show cause why the appeal should not be dismissed for failure to prosecute.

   X    Respondent / Appellee Addendum not to exceed 15 pages.  Please see 8th Cir R. 28A(3).

Once the electronic version of the addendum is approved for filing, you will receive a Notice of Docket Activity informing you that your brief and addendum have been filed. Please submit the required paper copies of the brief and addendum within five days of that notice. See 8th Cir. 28A(d) and (g)(4). If you have any questions, please contact our office.